# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1024

VERSUS

STEPHON JAMES

**JANUARY 13, 2025**

---

In Re:    Stephon James, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2034-F-2022, 2035-M-2022.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that on December 16, 2024, the district court acted on relator's motion for production of documents, filed August 30, 2024.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT